# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>SELEIK GILL (01),<br>[DOB: 06/03/2000]<br><br>ERIC DOOLEY JR. (02),<br>[DOB: 04/20/2000]<br><br>MIKEL TUCKER JR. (03),<br>[DOB: 07/14/2000]<br><br>SEAN FULLER (04),<br>[DOB: 09/23/1995]<br><br>TRACI SCOTT (05)<br>[DOB: 04/22/1965]<br><br>DARION ALLEN (06)<br>[DOB: 10/10/1998]<br><br>SUMAYYAA ABDELMALIK (07)<br>[DOB: 09/13/1975]<br><br>BRYANT GRIFFIN-BEY (08)<br>[DOB: 09/01/1964]<br><br>and<br><br>JACOB DEAL (09)<br>[DOB: 11/26/1979]<br><br>                Defendants. | Case No. 4:25-00316-01/09-CR-W-RK<br><br>**COUNT ONE:**<br>*(Conspiracy to Commit Bank Fraud)*<br>18 U.S.C. § 1349<br>NMT: 30 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NMT: 5 Years' Supervised Release<br>Class B Felony<br><br>**COUNTS TWO through NINE:**<br>*(Bank Fraud)*<br>18 U.S.C. §§ 1344 and 2<br>NMT: 30 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NMT: 5 Years' Supervised Release<br>Class B Felony<br><br>**COUNTS TEN through SIXTEEN:**<br>*(Money Laundering)*<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>NMT: 20 Years' Imprisonment<br>NMT: $500,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT SEVENTEEN:**<br>*(Structuring)*<br>31 U.S.C. § 5324(a)(3)<br>NMT: 5 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class D Felony<br><br>**FORFEITURE ALLEGATION ONE:**<br>18 U.S.C. § 982(a)(2)<br><br>**FORFEITURE ALLEGATION TWO:**<br>18 U.S.C. § 982(a)(1)<br><br>$100 Special Assessment for Each Count<br><br>Restitution May Be Ordered |

| DEFENDANT | COUNTS |
|---|---|
| SELEIK GILL (1) | 1 - 14 |
| ERIC DOOLEY JR. (2) | 1, 2, 10 |
| MIKEL TUCKER JR. (3) | 1, 3, 11 |
| SEAN FULLER (4) | 1, 4, 12 |
| TRACI SCOTT (5) | 1, 5, 13 |
| DARION ALLEN (6) | 1, 6, 14 |
| SUMAYYAA ABDELMALIK (7) | 1, 7 |
| BRYANT GRIFFIN-BEY (8) | 1, 8, 15, 17 |
| JACOB DEAL (9) | 1, 9, 16 |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment:

### **Introductory Allegations**

1. Between on or about February 28, 2022, and November 2023, said dates being approximate, in the Western District of Missouri and elsewhere, Defendant SELEIK GILL devised a scheme to defraud financial institutions by causing other persons to deposit business checks that had been altered and forged at Automated Teller Machines (ATMs) and a bank. The other persons would thereafter transfer most of the funds back to GILL and another person known to the Grand Jury via CashApp, Apple Cash P2P, Zelle, or cash.

2. UMB, Arvest Bank, U.S. Bank, Central Bank of the Midwest, and Chase, the deposits of which are insured by the Federal Deposit Insurance Corporation, were financial institutions within the meaning of Title 18, United States Code, Sections 20 and 1344. Community America Credit Union, the deposits of which were insured by the National Credit Union Share Insurance Fund, was a financial institution within the meaning of Title 18, United States Code, Sections 20 and 1344.

## COUNT ONE
(Conspiracy to Commit Bank Fraud)

3. Paragraphs One and Two of this Indictment are realleged and reincorporated as if fully set forth herein.

4. From at least on or about February, 2022, and continuing through November 2023, in the Western District of Missouri and elsewhere, the defendants SELEIK GILL, ERIC DOOLEY JR., MIKEL TUCKER JR., SEAN FULLER, TRACI SCOTT, DARION ALLEN, SUMAYYAA ABDELMALIK, BRYANT GRIFFIN-BEY, and JACOB DEAL, knowingly and willfully combined, conspired, and agreed with each other, and with others known and unknown to the Grand Jury, to commit the following offense, that is, devised and intended to devise a scheme and artifice to obtain moneys, funds, credits, asset, securities, or other property owned by, or under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, that is bank fraud, contrary to the provisions of Title 18, United States Code, Section 1344(2).

### Manner and Means

5. It was part of the conspiracy and scheme to defraud that GILL recruited people on social media accounts by advertising that he could help them make money. GILL provided counterfeit or altered business checks to the co-conspirators. The co-conspirators deposited the checks into their bank accounts via ATM machines in Missouri and Kansas. The co-conspirators would transfer money to GILL via electronic money platforms such as CashApp, Apple Money or Zelle, or cash transfers

6. GILL caused the deposit of altered or forged checks with a total value of over $250,000 at various ATM machines operated by Community America Credit Union, UMB,

Arvest Bank, U.S. Bank and Chase. One fraudulent check was deposited into an account at Central Bank of the Midwest.

***February 28, 2022, Deposit into Community America Credit Union (CACU) by Eric Dooley Jr.***

7. On February 28, 2022, DOOLEY deposited a fraudulent check in the amount of $3,895.15 into his CACU account through an ATM machine located at 5041 Main Street, Kansas City, Missouri.

8. On March 1, 2022, DOOLEY transferred $3,293 to his Cash App account and sent three $1,000 payments to GILL's Cash App account.

***March 3, 2022, Deposit into UMB by Mikel Tucker Jr.***

9. On March 3, 2022, TUCKER deposited a fraudulent check in the amount of $7,315.10 into his UMB account through an ATM machine located at 1310 Carondelet, Kansas City, Missouri.

10. On March 3, 2022, TUCKER sent a total of $4,000 to GILL through Apple Cash and TUCKER sent GILL's girlfriend a total of $3,000 via Apple Cash from TUCKER's UMB account.

***March 8, 2022, Deposit into UMB by Sean Fuller***

11. On March 8, 2022, FULLER deposited a fraudulent check in the amount of $7,923.15 into his UMB account through an ATM machine located at 1310 Carondelet, Kansas City, Missouri.

12. On March 10, 2022, FULLER sent a total of $1,500 to GILL through Apple Cash. FULLER also sent a total of $2,500 to M.V, and M.V. sent $2,500 to GILL.

*March 15, 2022, Deposit into Community America Credit Union (CACU) by Traci Scott*

13. On March 15, 2022, SCOTT deposited a fraudulent check in the amount of $7,329.35 into her CACU account through an ATM machine located at 6280 W. 135th Street, Overland Park, Kansas.

14. On March 16, 2022, SCOTT transferred $1,500 via Zelle to GILL's girlfriend. On March 16, 2022, SCOTT made a $3,820 cash withdrawal at the CACU branch in Blue Springs, Missouri.

*March 21, 2022, Deposit into Arvest Bank by Darion Allen*

15. On March 21, 2022, ALLEN deposited a fraudulent check in the amount of $5,000 into his Arvest Bank account through an ATM machine located at 7401 W. 135th Street, Overland Park, Kansas.

16. On March 22, 2022, ALLEN sent two transfer payments of $1,500 and $1,000 to GILL's CashApp account. ALLEN also sent a $800 CashApp payment to GILL's girlfriend. On March 22, 2022, ALLEN made two $400 cash withdrawals at a 7Eleven ATM in Kansas City, Missouri.

*July 14, 2023, Deposit into Chase Bank by Sumayyaa Abdelmalik*

17. On July 14, 2023, ABDELMALIK deposited a fraudulent check in the amount of $102,000 into her business account at Chase Bank through an ATM machine located at 1108 E. Armout Blvd., Kansas City, MO. GILL sent a photo of the check to ABDELMALIK on the morning of July 14, 2023.

18. Chase Bank put a hold on the check and did not sustain any loss.

*November 9, 2023, Deposit into U.S. Bank by Bryant Griffin-Bey*

19. On November 9, 2023, GRIFFIN-BEY deposited a fraudulent check in the amount of $70,835 into his U.S. Bank account through an ATM machine located at 120 W. 12th Street, Kansas City, Missouri. The fraudulent check was created by GILL on November 9, 2022.

20. On November 11, 2023, GRIFFIN–BEY made a $1,073.99 cash withdrawal at Bally's Casino and a $8,323 cash withdrawal at Argosy Casino.

21. On November 12, 2023, GRIFFIN-BEY made a $9,500 cash withdrawal at Harrah's Casino.

22. On November 13, 2023, GRIFFIN-BEY made a $9,927.50 cash withdrawal at Harrah's Casino.

23. On November 13, 2023, GRIFFIN-BEY, between 9:36 am and 12:51 pm, GRIFFIN-BEY made four $9,000 and one $5,000 cash withdrawals at five separate branches of U.S. Bank.

*November 15, 2023, Deposit into Central Bank of the Midwest by Jacob Deal*

24. On November 15, 2023, DEAL deposited a fraudulent check in the amount of $70,800.55 into his Central Bank of the Midwest account at 10801 E. 23rd Street, Independence, Missouri. GILL created the fraudulent check on or about November 13, 2023.

25. On November 16, 2023, DEAL made a $45,000 cash withdrawal at Harrah's Casino and made a $14,000 cash withdrawal at a Central Bank branch located at 4315 S. Noland Road, Independence, Missouri.

All in violation of Title 18, United States Code, Section 1349.

**COUNTS TWO through NINE**
(Bank Fraud)

26. Paragraphs 1 through 25 of this Indictment are re-alleged and incorporated herein.

6

27. On or about the dates set forth in each individual count, in the Western District of Missouri, defendant SELEIK GILL, aided and abetted by ERIC DOOLEY JR., MIKEL TUCKER JR., SEAN FULLER, TRACI SCOTT, DARION ALLEN, SUMAYYAA ABDELMALIK, BRYANT GRIFFIN-BEY, and JACOB DEAL, and others known and unknown to the Grand Jury, executed and attempted to execute the above-described scheme and artifice to defraud, as follows:

| COUNT | DATE | DEFENDANT | ACT OR ATTEMPTED ACT OF EXECUTION |
|---|---|---|---|
| 2 | 02/28/2022 | SELEIK GILL & ERIC DOOLEY, JR. | Deposit of fraudulent check in the amount of $3,895.15 at Community America Credit Union ATM located at 5041 Main St. Kansas City, MO |
| 3 | 03/03/2022 | SELEIK GILL & MIKEL TUCKER JR | Deposit of fraudulent check in the amount of $7,315.10 at UMB ATM located at 1310 Carondelet, Kansas City, MO |
| 4 | 03/08/2022 | SELEIK GILL & SEAN FULLER | Deposit of fraudulent check in the amount of $7,923.15 at UMB ATM located at 1310 Carondelet, Kansas City, MO |
| 5 | 03/15/2022 | SELEIK GILL & TRACI SCOTT | Deposit of fraudulent check in the amount of $7,329.35 at Community America Credit Union ATM located at 6280 W. 135th Street, Overland Park, Kansas |
| 6 | 03/21/2022 | SELEIK GILL & DARION ALLEN | Deposit of fraudulent check in the amount of $5,000 at Arvest Bank ATM located at 7401 W. 135th Street, Overland Park, Kansas |
| 7 | 07/14/2023 | SELEIK GILL & SUMAYYAA ABDELMALIK | Deposit of fraudulent check in the amount of $102,000 at Chase Bank ATM located at 1108 E. Armour Blvd., Kansas City, MO |
| 8 | 11/09/2023 | SELEIK GILL & BRYANT GRIFFIN-BEY | Deposit of fraudulent check in the amount of $70,835 at U.S. Bank ATM located at 120 W. 12th Street, Kansas City, MO |
| 9 | 11/15/2023 | SELEIK GILL & JACOB DEAL | Deposit of fraudulent check in the amount of $70,800.55 at Central Bank of the Midwest, located at 10801 E. 23rd Street, Independence, MO |

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNTS TEN through SIXTEEN
(Money Laundering)

28. Paragraphs 1 through 27 of this Indictment are re-alleged and incorporated herein.

29. On or about the dates listed below, in the Western District of Missouri and elsewhere, defendant SELEIK GILL, ERIC DOOLEY JR., MIKEL TUCKER JR., SEAN FULLER, TRACI SCOTT, DARION ALLEN, BRYANT GRIFFIN-BEY, and JACOB DEAL and others known and unknown to the Grand Jury did knowingly conduct a financial transaction affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is bank fraud, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Date | Defendant | Transfer Method | Transaction Description |
|---|---|---|---|---|
| 10 | 03/01/2022 | GILL & DOOLEY | Cash App payment | Transfer $1,000 from Dooley to Gill's Account |
| 11 | 03/03/2022 | GILL & TUCKER | Apple Cash P2P Express payment | Transfer $1,500 from Tucker to Gill's Account |
| 12 | 03/10/2022 | GILL & FULLER | Apple Cash | Transfer $1,500 from Fuller UMB account to Gill's CashApp account |
| 13 | 03/15/2022 | GILL & SCOTT | Zelle | Transfer $1,500 from Scott to Gill's girlfriend |
| 14 | 03/22/2022 | GILL & ALLEN | Cash App | Transfer $1,500 from Allen's CashApp account to Gill's CashApp account |
| 15 | 11/12/2023 | GRIFFIN-BEY | Harrah's Casino | $9,500 cash withdrawal |
| 16 | 11/16/2023 | DEAL | Harrah's Casino | $45,000 cash withdrawal |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT SEVENTEEN

30. On or about November 13, 2023, in the Western District of Missouri, defendant BRYANT GRIFFIN-BEY, for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, did knowingly structure his transactions with one or more domestic financial institutions by engaging in the following financial transactions:

| TIME ON 11/13/2023 | U.S. BANK LOCATION | TRANSACTION |
|---|---|---|
| 0936 | 6098 NE Antioch Rd. Gladstone, MO | $9,000 cash withdrawal |
| 1108 | 6300 Troost Kansas City, MO | $9,000 cash withdrawal |
| 1146 | 11204 Holmes Rd. Kansas City, MO | $9,000 cash withdrawal |
| 1228 | 1599 NE Douglas Street Lee's Summit, MO | $9,000 cash withdrawal |
| 1251 | 18781 E. 39th Street Independence, MO | $5,000 cash withdrawal |

All in violation of Title 31, United States Code, Section 5324(a)(3); and Title 31, Code of Federal Regulations.

## FORFEITURE ALLEGATION ONE

31. The factual allegations contained in Counts One through Nine of this Indictment are re-alleged and incorporated as though fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(2). Upon conviction of any of the offenses alleged in Counts One through Nine of the Indictment, the defendants, SELEIK GILL, ERIC DOOLEY JR., MIKEL TUCKER JR., SEAN FULLER, TRACI SCOTT, DARION ALLEN, SUMAYYAA ABDELMALIK, BRYANT GRIFFIN-BEY, and JACOB DEAL, shall forfeit to the United States any property,

real or personal, which constitutes or is derived from any proceeds, obtained directly or indirectly, as a result of the offenses incorporated by reference in this Allegation. The property to be forfeited includes, but is not limited to, the following: a money judgment representing proceeds obtained by the defendant in that such sum, in aggregate, constitutes or is derived from proceeds obtained as a result of the offenses incorporated by reference in this Allegation.

## Substitute Assets

32. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

## FORFEITURE ALLEGATION TWO

33. The factual allegations contained in Counts Ten through Sixteen of this Indictment are re-alleged and incorporated as though fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(1). Upon conviction of any of the offenses alleged in Counts Ten through Sixteen of the Indictment, the defendants, SELEIK GILL, ERIC DOOLEY JR., MIKEL TUCKER JR.,

SEAN FULLER, TRACI SCOTT, DARION ALLEN, BRYANT GRIFFIN-BEY, and JACOB DEAL, shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following: a money judgment representing proceeds obtained by the defendant in that such sum, in aggregate, is involved in, or is derived from, proceeds traceable to the offenses incorporated by reference in this Allegation.

## Substitute Assets

34. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL.

October 29, 2025
DATED

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Paul S. Becker*
Paul S. Becker
Assistant United States Attorney

11

Case 4:25-cr-00316-RK    Document 1    Filed 10/29/25    Page 11 of 11